Certiorari. Before Judge Hutchins. Walton superior court. August term, 1898.

*Napier & Cox,* for plaintiff.

*A. C. Stone* and *E. T. Moon,* for defendants.

---

## ROBERTS *v.* THE STATE.

COBB, J. There was no error of law complained of. The evidence war-- ranted the verdict, and the court did not err in refusing to grant a new trial.     *Judgment affirmed. All the Justices concurring.*

Submitted June 7, — Decided July 19, 1898.

Indictment for selling liquor. Before Judge Beck. Butts superior court. February term, 1898.

*Y. A. Wright,* for plaintiff in error.

*O. H. B. Bloodworth, solicitor-general,* contra.

---

## CONALLY *v.* THE STATE.

COBB, J. There was no error of law complained of. The evidence authorized the verdict. The alleged newly discovered evidence was impeaching in its character; and it was not error to refuse a new trial. *Judgment affirmed. All the Justices concurring.*

Argued June 20, — Decided July 19, 1898.

Indictment for selling liquor. Before Judge Beck. Butts superior court. February term, 1898.

*F. Z. Curry* and *W. M. Mills,* by *Harrison & Bryan,* for plaintiff in error.

*O. H. B. Bloodworth, solicitor-general,* contra.

---

## RAY *v.* THE STATE.

LUMPKIN, P. J. There was no error of law, and the evidence warranted the verdict.     *Judgment affirmed. All the Justices concurring.*

Argued July 5, — Decided July 19, 1898,